

**NUMBERS 13-15-00116-CV & 13-15-00221-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE ESTATE OF GEORGE GARNER, DECEASED

**On appeal from the County Court at Law No. 3
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes
Memorandum Opinion Per Curiam**

Appellant, David Gardner, the independent administrator of the Estate of George Gardner, perfected appeals from: (1) a judgment entered in trial court cause number 2013-PR-000349-3, docketed in our appellate cause number 13-15-00116-CV; and (2) trial court cause number 2013-PR-000349-3, docketed in our appellate cause number 13-15-00221-CV. Appellant has now filed motions to dismiss each of these appellate causes on grounds that the parties have settled and compromised the matters subject to these appeals. Appellant's motions to dismiss are unopposed.

The Court, having considered the documents on file and appellant's motions to dismiss the appeals, is of the opinion that the motions should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motions to dismiss are granted, and the appeals are hereby DISMISSED. Pursuant to the agreement of the parties, costs will be taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeals at appellant's request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

PER CURIAM

Delivered and filed the
2nd day of September, 2015.